

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00052-CR

**IN RE** Deandre **JENKINS**

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
            Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice

Delivered and Filed: February 11, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On January 21, 2026, relator filed a motion for leave to file petition for writ of mandamus and a petition for writ of mandamus. We previously denied the motion for leave as moot because leave is not required to file a petition for writ of mandamus in the intermediary courts of appeals. We have considered the petition for writ of mandamus and accompanying record filed by Jenkins and determined that he has not established that he is entitled to the relief sought. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2014CR8396, styled *State of Texas v. Deandre Jenkins*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Kristina Escalona presiding.